Benjamin A. Nix (SBN 138258)
Payne & Fears LLP
Jamboree Center
4 Park Plaza, Suite 1100
Irvine, CA 92614
Tel.: 949-851-1100
Fax: 949-851-1212
Email: ban@paynefears.com

Kirby D. Behre (Admitted *pro hac vice*)
Nina C. Gupta (Admitted *pro hac vice*)
Dwight B.N. Pope (Admitted *pro hac vice*)
Miller & Chevalier Chartered
900 Sixteenth St. NW
Washington, DC 20006
Tel.: 202-626-5800
Fax.: 202-626-5801
Email: kbehre@milchev.com
Email: ngupta@milchev.com
Email: dpope@milchev.com

Marc C. Sanchez (Admitted *pro hac vice*)
Contract In-House Counsel & Consultants LLC (d/b/a FDA Atty)
1717 Pennsylvania Ave. NW, Suite 1025
Washington, DC 20006
Tel.: 202-765-4491
Fax.: None
Email: msanchez@fdaatty.com

*Attorneys for Defendant*
HOTAN BAROUGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br>INNOVATIVE BIODEFENSE, INC. ET AL.,<br><br>  Defendants. | Case No. 8:18-cv-00996-DOC-JDE<br><br>**DEFENDANT HOTAN BAROUGH'S ANSWER AND AFFIRMATIVE DEFENSES TO THE AMENDED COMPLAINT**<br><br>Judge Carter |

## PRELIMINARY STATEMENT

Defendant, by and through his attorneys, hereby responds to the allegations in numbered paragraphs of the Amended Complaint filed by Plaintiff United States of America ("Plaintiff") as follows:

Defendant Hotan Barough owns a small product fulfillment business and operates out of his home. His business is called Zylast Direct, which fulfills orders for just one product line: Zylast, marketed by Defendant Innovative BioDefense, Inc. ("IBD"). The Zylast products are hand sanitizers (also known as topical antiseptics). Mr. Barough's company fulfills all orders purchased on Amazon, and he fulfills orders placed on Zylast Direct's website, www.zylastdirect.com. Mr. Barough is neither an employee nor agent of IBD.

The Government has belatedly sued Mr. Barough for statements made about the Zylast products on Zylast Direct's website. Many of those statements have not been made for several years. The FDA never notified Mr. Barough about the FDA's concerns about the statements in the Amended Complaint, nor requested that he remove those statements. Since he was served with the Amended Complaint, Mr. Barough has removed all objectionable statements referenced in the Amended Complaint from the Zylast Direct website.

1. This paragraph consists of conclusions of law to which no response is required. The law cited speaks for itself.

## JURISDICTION AND VENUE

2. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

3. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

## DEFENDANTS

4. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

5. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

6. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

7. Defendant Barough admits: (a) that he is an individual doing business as Zylast Direct, a California sole proprietorship; (b) that he maintains the website www.zylastdirect.com, through which Zylast products are sold; (c) that he ships orders of Zylast products purchased through www.zylastdirect.com; and (d) that he has offered Zylast products for sale and accepted orders for such products through Amazon.com. Mr. Barough denies the remaining allegations in the paragraph.

## **DEFENDANT'S OPERATIONS**

8. Defendant Barough admits that he has shipped Zylast products to customers outside of California, but denies the remaining allegations in the paragraph.

9. Plaintiff's allegations regarding the website referenced in the paragraph fail to specify the date or date range during which the website appeared as alleged. Nonetheless, Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

10. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

11. Plaintiff's allegations regarding the websites referenced in the paragraph fail to specify the date or date range during which the websites appeared as alleged. Nonetheless, Defendant Barough admits that customers can purchase Zylast products at www.zylastdirect.com. Defendant Barough denies that www.zylast.com and www.zylastdirect.com employ similar designs and contain similar information. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the paragraph.

12. Plaintiff's allegations regarding the websites referenced in the paragraph fail to specify the date or date range during which the websites appeared as alleged.

Nonetheless, Defendant Barough denies: (a) that www.zylastdirect.com currently includes hyperlinks to the Facebook page http://www.facebook.com/ZylastXP, and (b) that there is a hyperlink on www.zylastdirect.com to the Twitter feed http://twitter.com/ZylastXP. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the paragraph.

## REQUIREMENT OF THE ACT

13. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

14. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

15. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

16. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

17. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

18. This paragraph consists of conclusions of law and legal arguments to which no response is required. The law cited speaks for itself.

## DEFENDANTS DISTRIBUTE UNAPPROVED NEW DRUGS IN VIOLATION OF THE ACT

19. This paragraph consists of conclusions of law and legal arguments to which no response is required. Furthermore, Plaintiff's allegations regarding the websites referenced in the paragraph fail to specify the date or date range during which the websites appeared as alleged. Nonetheless, Defendant Barough denies that—according to www.zylastdirect.com and the Twitter page referenced in Paragraph 12—Zylast products are intended to be used for the purposes listed in this this paragraph. No such statements currently appear on www.zylastdirect.com and the Twitter page referenced in Paragraph 12 has been discontinued. Defendant Barough lacks

knowledge or information sufficient to form a belief about the truth of the remaining allegations in the paragraph.

20. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

21. Defendant Barough denies the allegations in the paragraph. None of the statements listed in this paragraph are currently on www.zylastdirect.com.

22. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

23. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

24. This paragraph consists of conclusions of law and legal arguments to which no response is required. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the paragraph.

25. This paragraph consists of conclusions of law and legal arguments to which no response is required. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the paragraph.

## INTERSTATE COMMERCE

26. Defendant Barough admits that he has shipped Zylast products outside of California. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of whether the FDA has documented the shipment of Zylast products from California to Arizona. The remaining allegations in this paragraph consist of conclusions of law and legal arguments to which no response is required.

## HISTORY OF VIOLATIONS

27. This paragraph consists of conclusions of law and legal arguments to which no response is required. Nonetheless, Defendant Barough denies the allegations in the paragraph. Until Plaintiff filed the Amended Complaint, the FDA never informed Mr. Barough about the statements on his website the FDA alleges are

improper.  The FDA neither issued a Warning Letter to Mr. Barough nor sought his voluntary agreement to remove statements with which the FDA had concerns.

28. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

29. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

30. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

31. Defendant Barough lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

32. This paragraph consists of conclusions of law and legal arguments to which no response is required.  Nonetheless, Defendant Barough denies the allegations in the paragraph.

**PLAINTIFF'S PRAYER FOR RELIEF**

I. Defendant Barough denies that Plaintiff is entitled to such relief.

II. Defendant Barough denies that Plaintiff is entitled to such relief.

III. Defendant Barough denies that Plaintiff is entitled to such relief.

IV. Defendant Barough denies that Plaintiff is entitled to such relief.

**AFFIRMATIVE DEFENSES**

Further responding to the Amended Complaint and as additional defenses thereto, Defendant Barough asserts the following affirmative defenses, without admitting any allegations of the Amended Complaint not previously admitted, and without admitting that the Defendant Barough bears the burden of proof or burden of persuasion on any matter set forth herein.

**FIRST AFFIRMATIVE DEFENSE**

The relief sought in the Amended Complaint is barred by the doctrine of laches, in that Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its awareness of Defendant Barough's existence and actions.  Plaintiff admitted in its

Amended Complaint that the FDA sent a Warning Letter to Defendants IBD and Colette Cozean on June 30, 2015, Am. Compl. ¶ 28, which did not include Mr. Barough, but did not file suit against Defendants IBD and Dr. Cozean until June 6, 2018. *See* Compl. Moreover, the FDA never informed Defendant Barough either by Warning Letter or otherwise about his alleged violations until the filing of the Amended Complaint on August 28, 2018, belatedly adding him as a Defendant. *See* Am. Compl.

### SECOND AFFIRMATIVE DEFENSE

The relief sought in the Amended Complaint is barred by the doctrine of unclean hands, in that Plaintiff has acted inequitably by selectively enforcing the Act and FDA regulations against Defendants, and not other persons or entities that sell OTC drug products and make similar claims about their products. Plaintiff's conduct has unjustifiably injured Defendant.

### THIRD AFFIRMATIVE DEFENSE

Defendant Barough has acted reasonably and in good faith in an effort to comply with all applicable FDA regulations. Notably, Defendant Barough never received notice of his alleged violations until he was served with the Amended Complaint. After the Court's order on the Motion to Dismiss (ECF No. 60), Hotan Barough removed all objectionable statements identified in the Amended Complaint from www.zylastdirect.com.

### FOURTH AFFIRMATIVE DEFENSE

It is undisputed that there is no public health danger presented by the Zylast products because Plaintiff fails to assert any claims of injury or illness as a result of the use of the products.

### FIFTH AFFIRMATIVE DEFENSE

The relief sought in the Amended Complaint is barred as a violation of the Administrative Procedure Act, in that Plaintiff has failed to finalize regulations, including FDA monographs, related to the Zylast products; Plaintiff has arbitrarily

enforced the Act and its regulations against Defendants; Plaintiff has been unduly influenced by one of IBD's biggest competitors; Plaintiff failed to properly investigate IBD's products; and Plaintiff's regulations, including FDA monographs, are impermissibly vague and do not provide adequate notice to Defendant Barough of what product statements are permitted and what is forbidden.

Dated: June 19, 2019

MILLER & CHEVALIER CHARTERED
KIRBY D. BEHRE

By: /s/ Kirby D. Behre
KIRBY D. BEHRE
Attorneys for Defendants

| | | |
|---|---|---|
| Benjamin A. Nix (SBN 138258)<br>Payne & Fears LLP<br>Jamboree Center<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Tel.: 949-851-1100<br>Fax: 949-851-1212<br>Email: ban@paynefears.com | Marc C. Sanchez (Admitted *pro hac vice*)<br>Contract In-House Counsel & Consultants LLC (d/b/a FDA Atty)<br>1717 Pennsylvania Ave. NW, Suite 1025<br>Washington, DC 20006<br>Tel.: 202-765-4491<br>Fax.: None<br>Email: msanchez@fdaatty.com | Kirby D. Behre (Admitted *pro hac vice*)<br>Email: kbehre@milchev.com<br>Nina C. Gupta (Admitted *pro hac vice*)<br>Email: ngupta@milchev.com<br>Dwight B.N. Pope (Admitted *pro hac vice*)<br>Email: dpope@milchev.com<br>Miller & Chevalier Chartered<br>900 Sixteenth St. NW<br>Washington, DC 20006<br>Tel.: 202-626-5800<br>Fax.: 202-626-5801 |

*Attorneys for Defendant*
*HOTAN BAROUGH*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Douglas Ross
US Department of Justice
450 Fifth Street NW Suite 6400 South
Washington, DC 20530
Email: douglas.ross2@usdoj.gov

*Counsel for Plaintiff*

/s/ Kirby D. Behre
Kirby D. Behre (Admitted *pro hac vice*)
Email: kbehre@milchev.com
Miller & Chevalier Chartered
900 Sixteenth St. NW
Washington, DC 20006
Tel.: 202-626-5800
Fax.: 202-626-5801

*Attorneys for Defendant*
HOTAN BAROUGH