# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CV 18-00996-DOC (JDEx) |
| Title: | United States of America v Innovative Biodefense, Inc, et al. |
| Date | January 23, 2020 |

Present: The Honorable **David O. Carter, U.S. District Judge**

| Deborah Lewman; Kelly Davis | Deborah Gale; Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Jason Lee | Calvin Lee |
| Sarah Williams | Kirby D. Behre |
| Douglas Ross | Nina C. Gupta |

**7th** Day Court Trial _____ Day Jury Trial

___ One day trial:  ___ Begun (1st day);  **X** Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

**X** Witnesses called, sworn and testified.  **X** Exhibits Identified  **X** Exhibits admitted.

___ Plaintiff(s) rest.  ___ Defendant(s) rest.

___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.

___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.

___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.

___ Jury polled.  ___ Polling waived.

___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.

___ Judgment by Court for _____  ___ plaintiff(s)  ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).

___ Case submitted.  ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is  ___ granted.  ___ denied.  ___ submitted.

___ Motion for mistrial by _____ is  ___ granted.  ___ denied.  ___ submitted.

**X** Motion for Judgment/Directed Verdict by _____ is  ___ granted.  ___ denied.  **X** submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to  February 24, 2020, at 1:30 p.m.  for further trial/further jury deliberation.

**X** Other:  **The Court sets a Status Conference re: Exhibits for February 4, 2020 at 8:00 a.m**. The Court orders counsel to submit a revised Findings of Facts and Conclusions of Law no later than February 21, 2020.  The Court invites the FDA Commissioner to be present at the February 24, 2020 hearing.

                                                                 **5 : 30**
                                            Initials of Deputy Clerk  kd

cc: