JOSEPH H. HUNT
Assistant Attorney General
ETHAN DAVIS
Principal Deputy Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
DOUGLAS ROSS
SARAH WILLIAMS
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20530
Telephone: (202) 616-4269
Facsimile: (202) 514-8742
E-mail: Sarah.Williams@usdoj.gov

Counsel for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:18 CV 996-DOC (JDE) |
| Plaintiff, | **ORDER DENYING EX PARTE** |
| v. | **[194]** |
| INNOVATIVE BIODEFENSE, INC., ET AL., | The Honorable David O. Carter United States District Judge |
| Defendants. | |

Upon consideration of Plaintiff's Ex Parte Application to Admit Post-Trial Exhibits, it is hereby **ORDERED** that the following exhibits are **NOT** received into evidence: Exhibit Nos. 312, 313, 314, 314a, 314b, 315, 316 and 317; and

**SO ORDERED.**

March 13, 2020
_____          _____
Date                              DAVID O. CARTER
                                  United States District Judge

PRESENTED BY:

JOSEPH H. HUNT
Assistant Attorney General

ETHAN DAVIS
Principal Deputy Assistant Attorney General

GUSTAV W. EYLER
Director
Consumer Protection Branch

/s/ Sarah Williams
DOUGLAS ROSS
SARAH WILLIAMS
Trial Attorney
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th St. NW
Washington, D.C. 20001
Telephone: (202) 616-4269
Facsimile: (202) 514-8742
Email: Sarah.Williams@usdoj.gov

Counsel for the United States of America