**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

JS-6

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>        v.<br><br>INNOVATIVE BIODEFENSE, INC. ET AL.,<br><br>    Defendants. | No. SA CV 18-996-DOC (JDE)<br><br>**JOINT JUDGMENT**<br><br>Bench Trial Concluded March 2, 2020<br>The Honorable David O. Carter<br>United States District Judge |

In this case the Plaintiff, the United States of America, sought a statutory injunction under the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 332(a) ("the Act"), to permanently enjoin and restrain the Defendants, Innovative BioDefense, Inc., a corporation, Colette Cozean, an individual, and Hotan Barough, an individual doing business as Zylast Direct (collectively, "Defendants") from directly or indirectly violating 21 U.S.C. § 331(d) by introducing or delivering, or causing to be introduced or delivered, into interstate commerce new drugs that are neither approved pursuant to 21 U.S.C. § 355(b), nor exempt from approval pursuant to 21 U.S.C. § 355(i). This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1345, and 21 U.S.C. § 332(a).

On November 15, 2019, the Court entered an Order Granting in Part the Plaintiff's Motion for Summary Judgment and Denying Defendant Barough's Motion for Summary Judgment, finding as a matter of law that the Defendants violated the Act, and ordering a trial on the Defendants' affirmative defenses and the scope of injunctive relief. Dkt. 124. An eight-day bench trial was held on December 16 through 20, 2019, and January 22 through 23, 2020, with closing arguments heard on March 2, 2020.

On May 4, 2020, the Court entered Findings of Fact and Conclusions of Law, denied the Defendants' Motion for Reconsideration on Plaintiff's Motion for Summary Judgment as moot, and held that, after considering the Parties' arguments, the Defendants had not met their burden on their affirmative defenses and that injunctive relief was appropriate. Dkt. 214. On the same day, the Court entered an Order of Permanent Injunction, permanently restraining and enjoining the Defendants from directly or indirectly manufacturing, processing, packaging, labeling, holding, or distributing any new drugs unless and until they take specific actions to comply with the Act as described in that Order. Dkt. No. 215.

Having considered the pleadings, the evidence presented, and the credibility of the witnesses at trial, and in accordance with the Court's Findings of Fact and Conclusions of Law, Dkt. 214, and Order of Permanent Injunction, Dkt. 215, judgment is hereby entered for the Plaintiff, the United States of America, and against Defendants, Innovative BioDefense, Inc., Colette Cozean, and Hotan Barough.

May 15, 2020
_____
Date

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge

PRESENTED BY

JOSEPH H. HUNT
Assistant Attorney General

ETHAN DAVIS
Principal Deputy Assistant Attorney General

GUSTAV W. EYLER
Director, Consumer Protection Branch

*/s/ Sarah Williams*
DOUGLAS ROSS
SARAH WILLIAMS
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch, Civil Division
450 5th St. NW
Washington, D.C. 20001
Telephone: (202) 616-4269, Facsimile: (202) 514-8742
Email: Sarah.Williams@usdoj.gov

Of Counsel:
ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel for Litigation

YEN HOANG
Associate Chief Counsel for Enforcement
United States Food and Drug Administration
Office of the Chief Counsel
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002
Telephone: 240-402-0484

Counsel for the United States of America.

JOINT JUDGMENT

MILLER & CHEVALIER CHARTERED
KIRBY D. BEHRE


By: /s/ Kirby D. Behre
    KIRBY D. BEHRE
    Attorneys for Defendants

| | | |
|---|---|---|
| Benjamin A. Nix (SBN 138258)<br>Payne & Fears LLP<br>Jamboree Center<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Tel.: 949-851-1100<br>Fax: 949-851-1212<br>Email: ban@paynefears.com | Marc C. Sanchez (Admitted *pro hac vice*)<br>Contract In-House Counsel & Consultants LLC (d/b/a FDA Atty)<br>1717 Pennsylvania Ave. NW, Suite 1025<br>Washington, DC 20006<br>Tel.: 202-765-4491<br>Fax.: None<br>Email: msanchez@fdaatty.com | Kirby D. Behre (Admitted *pro hac vice*)<br>Nina C. Gupta (Admitted *pro hac vice*)<br>Amelia Hairston-Porter (Admitted *pro hac vice*)<br>Calvin Lee (Admitted *pro hac vice*)<br>Miller & Chevalier Chartered<br>900 Sixteenth St. NW<br>Washington, DC 20006<br>Email: kbehre@milchev.com<br>Email: ngupta@milchev.com<br>Email: ahairstonporter@milchev.com<br>Email: clee@milchev.com<br><br>Tel.: 202-626-5800<br>Fax.: 202-626-5801 |

*Attorneys for Defendants*
INNOVATIVE BIODEFENSE, INC., COLETTE COZEAN, AND HOTAN BAROUGH

---

JOINT JUDGMENT